HMK/em FS 7747

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THYSSEN KRUPP MATERIALS NA INC.

      Plaintiff,      07 CV 3556 (LTS)
               ECF CASE
 -against-

M/V FALCON TRADER, her engines, boilers, **RULE 7.1 STATEMENT**
tackle, etc., STX PAN OCEAN CO. LTD,
SAGANA SHIPPING INC., AND
VICTORIA SHIP MANAGEMENT INC.

      Defendants.
------------------------------------------------------------X

 PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION: THYSSENKRUPP AG

Dated: April 27, 2007

              KINGSLEY, KINGSLEY & CALKINS
              Attorneys for Plaintiff

              BY:____/S/_____
               HAROLD M. KINGSLEY
               91 W. Cherry Street
               Hicksville, New York 11801
               (516) 931-0064  HK8660