UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



THYSSEN KRUPP MATERIALS NA INC

              Plaintiff,

**CERTIFICATE OF MAILING**

-V-

M/V FALCON TRADER, her engines, boilers, tackle, etc.,
STX PAN OCEAN CO. LTD, SAGANA SHIPPING INC.,
AND VICTORIA SHIP MANAGEMENT INC.

              Defendants.

07 CV 3556 (LTS)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**16th day of May, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**3rd day of May, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 596 310 478

_J. Michael McMahon_
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

May 7, 2007

Clerk of the Court
United States District Court
Southern District of New York

ALS NA, INC. V. M/V FALCON
J CO., et al.

mplaint on the following defendant(s)
vil Procedure Rule 4: (f)(2)(C) (ii):

IG INC.
1418
treet
nes

Very truly yours,

HMK/jb
Encl.