UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



THYSSEN KRUPP MATERIALS NA INC

              Plaintiff,

-V-

M/V FALCON TRADER, her engines, boilers, tackle, etc.,
STX PAN OCEAN CO. LTD, SAGANA SHIPPING INC.,
AND VICTORIA SHIP MANAGEMENT INC.

              Defendants.

**CERTIFICATE OF MAILING**

07 CV 3556 (LTS)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**16th day of May, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**3rd day of May, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB596 310 402

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
### ATTORNEYS AT LAW
#### Proctors in Admiralty

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

May 7, 2007

Clerk of the Court

[Receipt for Registered Mail PS Form 3806 overlay]

Registered No. RB596310402US
Reg. Fee $10.15
Handling Charge $0.00
Return Receipt $2.15
Postage $1.80
Restricted Delivery $0.00
Date Stamp: 05/16/07

FROM:
KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801

TO:
VICTORIA SHIP MANAGEMENT INC.
PCM Building 1418
San Marcelino Street
Manila, Phillipines

PS Form 3806, June 2002

...RIALS NA, INC. V. M/V FALCON
...N CO., et al.

...omplaint on the following defendant(s)
...ivil Procedure Rule 4: (f)(2)(C) (ii):

...GEMENT INC.
1418
Street
...ines

Very truly yours,

[signature]

HMK/jb
Encl.