# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

THYSSEN KRUPP MATERIALS NA INC.

Plaintiff,

V.

M/V FALCON TRADER, her engines, boilers, tackle, etc., STX PAN OCEAN CO. LTD, SAGANA SHIPPING INC., AND VICTORIA SHIP MANAGEMENT INC.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 3556

JUDGE SWAIN

TO: (Name and address of defendant)

STX PAN OCEAN
Meadows Office Complex, 3rd Fl.
201 Route 17 North
Rutherford, NJ 07070

SAGANA SHIPPING INC.
RCM Building, 1418
San Marcelino Street
Manila, Phillipines

VICTORIA SHIP MANAGEMENT INC.
RCM Building 1418
San Marcelino Street
Manila, Phillipines

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064
(HK 8660)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. MICHAEL MCMAHON

(BY) DEPUTY CLERK

DATE  MAY 0 3 2007

# AFFIDAVIT OF SERVICE

May 17, 2007

| | | |
|---|---|---|
| SHERIFFS NUMBER  Law 226313 | DEFENDANT 1 OF 1 | BERGEN COUNTY SHERIFF DEPT |
| TYPE OF SERVICE | | KIM |

I, LEO P. MCGUIRE, SHERIFF OF BERGEN COUNTY, DO HEREBY DEPUTIZE S/O James Dalenberg
AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

**ATTORNEY**
KINGSLEY & KINGSLEY
91 W. CHERRY STREET
HICKSVILLE, NY 11801

CHECK # 8725       AMOUNT $ 33.92

CONTROL # 103547-1

COURT    SUPERIOR
DOCKET 07CV3556

**COURT DATA**
STATE  NY        COUNTY OF VENUE  SOUTHERN
**CAPTION OF CASE**

THYSSEN KRUPP MATERIALS NA INC
VS
M/V FALCON TRADER ETAL

### NAMED WITHIN TO BE SERVICE

NAME              **STX PAN OCEAN CO LTD**
ADDRESS           **3RD FL 201 RT 17 N MEADOWS OFFICE COMPLEX**
CITY, STATE, ZIP  **RUTHERFORD, NJ  07070**

### PAPERS SERVED
SUMMONS, VERIFIED COMPLAINT AND VERFICATION
#### SERVICE DATA RECORDED

[✓] SERVED  [ ] UNABLE TO SERVE   (1) _____    DATE [ 6 ]/[ 20 ]/[ 07 ]
ATTEMPTS _____                   (2) _____    TIME [ 11 ]:[ 45 ]:[   ]

**REMARKS:** _____

**PERSON SERVED:** Christine Ahn

[ ] COPY PERSONALLY DELIVERED            [ ] MANAGING or GENERAL AGENT, PARTNER
[ ] COPY LEFT WITH:                       [ ] REGISTERED AGENT
    COMPETENT HOUSEHOLD MEMBER OVER      [✓] AGENT AUTHORIZED TO ACCEPT
    14 YRS OF AGE RESIDING THEREIN       [ ] DIRECTOR, TRUSTEE
[ ] OFFICER

     [ ] IS IN THE MILITARY    [ ] NOT IN THE MILITARY
SEX:    [ ] MALE       [✓] FEMALE
SKIN:   [ ] WHITE      [ ] BLACK     [✓] YELLOW       [ ] BROWN      [ ] RED
HEIGHT: [ ] UNDER 5 FEET    [✓] 5.0–5.6 FT     [ ] 5.7 – 6.0 FT        [ ] OVER 6 FT
WEIGHT: [ ] UNDER 100 LBS   [✓] 100-150 LBS.   [ ] 151-200 LBS         [ ] OVER 200 LBS
HAIR:   [✓] BLACK      [ ] BROWN     [ ] BLOND    [ ] GRAY   [ ] RED   [ ] WHITE   [ ] BALDING
AGE:    [ ] 14-20      [✓] 21-35     [ ] 36-50    [ ] 51-65  [ ] OVER 65

SWORN AND SUBSCRIBED TO BEFORE ME
THIS ___ DAY OF ___ 20___

_Kimberly D. Provenzano_ (signature)

KIMBERLY D. PROVENZANO
COMMISSION EXPIRES
7-13-09

_Dalenberg_ (signature) 1135
DEPUTY SHERIFF OF BERGEN COUNTY
STATE OF NEW JERSEY