```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2007
```

# Kingsley, Kingsley & Calkins

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

August 10, 2007

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street, RM 755
New York, NY 10007

**Via Fax: (212) 805-0426**

RE:  Thyssen Krupp Materials NA Inc. v.
     M/V FALCON TRADER, et al.
     07 CIV 3556 (LTS)(RLE)
     Our Ref: TY 7888

Dear Judge Swain:

We represent the plaintiff herein. This case was filed May 3, 2007, and has been scheduled for an initial pretrial conference on Wednesday, August 22, 2007, at 10:00 A.M.

We have been in contact with and have been discussing possible settlement with the defendants' respective insurance correspondents. We feel settlement may be obtainable if the insurance correspondents are not required to retain counsel at this time.

Accordingly, we respectfully request the initial pretrial conference be adjourned for approximately 60 days to a date in late October at a time convenient for the Court to allow parties to continue to discuss settlement.

Thank you.

*The conference is adjourned to October 26, 2007 at 10AM.*

**SO ORDERED.**

Respectfully,

[signature]

KTM/

[signature] 8/20/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE