HMK/cm FS 7373

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THYSSEN KRUPP MATERIALS NA INC.

                Plaintiff,                    07 CV 3556 (LTS)
                                                         ECF CASE
  -against-

M/V FALCON TRADER, her engines, boilers,          **VOLUNTARY**
tackle, etc., STX PAN OCEAN CO. LTD,               **DISMISSAL**
SAGANA SHIPPING INC., AND
VICTORIA SHIP MANAGEMENT INC.

                Defendants.
------------------------------------------------------------X

        No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:   October 25, 2007

                                                   KINGSLEY, KINGSLEY & CALKINS
                                                 Attorneys for Plaintiff

                                         BY: _____
                                             HAROLD M. KINGSLEY
                                             91 W. Cherry Street
                                             Hicksville, New York 11801
                                             (516) 931-0064