Swain, J

HMK/cm FS 7373

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 25 2007

------------------------------------------------------------X
THYSSEN KRUPP MATERIALS NA INC.

        Plaintiff,

  -against-

M/V FALCON TRADER, her engines, boilers,
tackle, etc., STX PAN OCEAN CO. LTD,
SAGANA SHIPPING INC., AND
VICTORIA SHIP MANAGEMENT INC.

        Defendants.
------------------------------------------------------------X

07 CV 3556 (LTS)
ECF CASE

**VOLUNTARY DISMISSAL**

No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  October 25, 2007

                      KINGSLEY, KINGSLEY & CALKINS
                      Attorneys for Plaintiff

                      BY: _____
                      HAROLD M. KINGSLEY
                      91 W. Cherry Street
                      Hicksville, New York 11801
                      (516) 931-0064

SO ORDERED:

_____ 10/25/2007
U.S.D.J.